# EXHIBIT A

14



Blog   BBB Locator   Contact   Español   Business Login   News & Events

In Counties of Los Angeles, Santa Clara, San Benito, Santa Cruz, and Monterey

| Businesses | Charities | News | All |

Search for Businesses

GET TO KNOW US   GET INVOLVED   GET CONSUMER HELP   PROGRAMS & SERVICES   FOR BUSINESSES

# BBB BUSINESS REVIEW

What is a BBB Business Review?

THIS BUSINESS IS NOT BBB ACCREDITED

## Magazines

(877) 298-0066

View Additional Phone Numbers
5042 Wilshire Blvd., Suite 24866, Los Angeles, CA 90036
info@publishersserviceoffice.com
View Additional Email Addresses



**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

BBB Business Reviews may not be reproduced for sales or promotional purposes.

### BBB Accreditation

Magazines is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

## Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* Magazines' rating include:

- 28 complaints filed against business
- Failure to respond to 2 complaints filed against business.
- 2 complaints filed against business that were not resolved.
- BBB does not have sufficient information to determine size of business. BBB evaluation of business is based on rating formula's smallest size classification.
- BBB does not have sufficient information to determine how long this business has been operating.
- BBB does not have sufficient background information on this business.

## Customer Complaints Summary

Read complaint details

| 28 complaints closed with BBB since March 10, 2013 | |
|---|---|
| Complaint Type | Total Closed Complaints |
| Advertising / Sales Issues | 7 |
| Billing / Collection Issues | 12 |
| Delivery Issues | 2 |
| Problems with Product / Service | 7 |
| Guarantee / Warranty Issues | 0 |