**EXHIBIT F**

George Gerharz Account #

**Richard Elley**  Jun 29

To  jw@jaw-law.com

Thank you for your recent contact with my office.  Pursuant to your request, I have asked my client to provide the supporting documentation and recordings evidencing the contract set forth in my letter.  I will forward you the information as it is received.  Please note that if my client is unable to provide the supporting information within thirty days, we will consider your dispute to be sustained and will not contact you further.


Yours Very Truly,


**Richard Elley, Esq.**
**Elley Law Office**
P.O. Box 6096
Mesa, Arizona 85216
(480) 788-4529 Direct
(480) 383-6235 Fax
Email: Richard@ElleyLawOffice.com